FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ aka ARMANDO GUTIERREZ, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY, et al., <br><br> Defendants. | NO. CV 07-05977 FMC (SS) <br><br> **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

//
//

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Plaintiff.

4 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: Jan. 2, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE