FILED
CLERK, U.S. DISTRICT COURT
JAN - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ aka ARMANDO GUTIERREZ, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY, et al., <br><br> Defendants. | NO. CV 07-05977 FMC (SS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Jan. 2, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE